Supreme Court, Fulton Special Term, November, 1902. Unreported.

.In the Matter of the Petition of CHARLES H. BALL to Revoke the
Liquor Tax Certificate of JOHN W. OLMSTEAD.

*Baker & Burton,* for petitioner.

*Fred Linus Carroll,* for respondent.

*William E. Schenck,* for State Commissioner of Excise.

STOVER, J.:   As is usual in these cases, the evidence is some-
what conflicting, but I am rather inclined to the opinion that
at the time the application was made, the main entrance to the
building was within the prohibited limit, and that the barring of
the entrance as described by the witnesses was not such a closing
of the entrance as would prevent its use at any time, as the bars
could be removed in a moment, and were not effectual as a clos-
ing of the entrance to the building.   The condition must be
judged as of the time when the application was made.

It follows that the statement in the application as to the loca-
tion of dwellings was not true, and the license must be revoked.